438 A.2d 636

Commonwealth v. Campolei, Appellant.

Submitted December 5, 1980.   Arthur J. King, Assistant Public Defender, for appellant;   Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.

438 A.2d 636

Commonwealth v. Hodgin, Appellant.
Petition for Allowance of Appeal Denied May 5, 1982.

Argued May 28, 1981.   Robert J. Kerns, for appellant;   Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

Judgment of sentence affirmed.